UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST JOSEPH DAVIS,

    Plaintiff,                                                 Case No. 18-11255

vs.                                                       HON. MARK A. GOLDSMITH

MIKE COX, et al.,

    Defendants.

_____/

**OPINION & ORDER
(1) ACCEPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED MARCH 29, 2019 (DKT. 51), (2) GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (DKTS. 23 & 35), AND (3) DENYING PLAINTIFF'S MOTION TO STRIKE AND MOTION TO COMPEL (DKTS. 37 & 38) AS MOOT**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Patricia T. Morris, issued on March 29, 2019. In the R&R, the Magistrate Judge recommends that the Court grant Defendants' motions for summary judgment (Dkts. 23 & 35), and deny Plaintiff Ernest Joseph Davis' motion to strike (Dkt. 37) and motion to compel (Dkt. 38) as moot.

The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right to further judicial review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-1374 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash,

328 F.3d 98, 108 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Lardie v. Birkett, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. See Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error. On the face of the record, the Court finds no clear error and accepts the recommendation.

Accordingly, the Court **GRANTS** Defendants' motions for summary judgment (Dkts. 23 & 35), and **DENIES** Plaintiff's motion to strike (Dkt. 37) and motion to compel (Dkt. 38) as moot.

SO ORDERED.

Dated: April 23, 2019  s/Mark A. Goldsmith
 Detroit, Michigan  MARK A. GOLDSMITH
 United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 23, 2019.

 s/Karri Sandusky
 Case Manager